UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ONEWEST BANK FSB, | Case No.: 12-CV-01090-LHK |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE |
| v. | |
| JIM FERRIER AND DOES 1-5, | |
| Defendants. | |

This case appears to be an unlawful detainer action that was referred to Magistrate Judge Howard R. Lloyd. Judge Lloyd has made a report and recommendation that the District Judge dismiss this action because it was improperly removed. The Magistrate Judge's Report and Recommendation was filed and served on May 10, 2012. No objections have been filed, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the court finds that the Report and Recommendation is well-founded in fact and in law and, therefore, the Report and Recommendation is adopted in its entirety. This case is hereby remanded to the Santa Clara County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 30, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01090-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING